FILED
OCT 22 2007
CLERK
U.S. DISTRICT COURT
MIDDLE DIST. OF ALA.

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CR. NO. 3:07cr256-MHT |
| ) | [21 USC 841(a)(1)] |
| HOWARD JAMES SMITH ) | |
| ) | INDICTMENT |

The Grand Jury charges:

## COUNT 1

On or about November 18, 2005, in Macon County, within the Middle District of Alabama,

HOWARD JAMES SMITH,

defendant herein, did knowingly and intentionally distribute 50 grams or more of cocaine base or "crack" cocaine, a Schedule II Controlled Substance, in violation of Title 21, United States Code, Section 841(a)(1).

A TRUE BILL:

*(signature)*
Foreperson

*(signature)*
LEURA G. CANARY
United States Attorney

*(signature)*
Verne H. Speirs
Assistant United States Attorney