IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v ) | CRIMINAL ACTION NO. |
| ) | 3:07CR256-MHT |
| HOWARD JAMES SMITH ) | |

**ORDER**

For good cause,

It is ORDERED that, pursuant to the Government's Motion for Detention (filed 2/4/2008, doc. #4), a detention hearing is set for **2/8/2008 at 1:00 p.m.** in Courtroom 4A, Frank M. Johnson, Jr. Federal Building and United States Courthouse Complex, One Church Street, Montgomery, Alabama, before the undersigned Magistrate Judge. Pending this hearing, the defendant(s) shall be held in custody of the U. S. Marshal and produced for the hearing.

DONE, this 6th day of February, 2008.

/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATE MAGISTRATE JUDGE