IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | * |
| | * |
|     PLAINTIFF, | * |
| | * |
| v. | * CASE NO.  3:07cr00256-MHT-TFM-1 |
| | * |
| HOWARD SMITH, | * |
| | * |
|     DEFENDANT. | * |

### NOTICE OF APPEARANCE

    Comes now the undersigned counsel and enters her appearance in this cause as Counsel for Howard Smith.

    Respectfully submitted,

                s/Susan G. James
                SUSAN G. JAMES
                Attorney at Law
                600 South McDonough Street
                Montgomery, Alabama 36104
                Phone: (334) 269-3330
                Fax: (334) 834-0353
                E-mail: sgjamesandassoc@aol.com
                Bar No: JAM012

### CERTIFICATE OF SERVICE

    I hereby certify that on February 7, 2008, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Verne Spears
AUSA
P. O. Box 197
Montgomery, Alabama 36101

    Respectfully submitted,

s/Susan G. James
SUSAN G. JAMES
Attorney at Law
600 South McDonough Street
Montgomery, Alabama 36104
Phone: (334) 269-3330
Fax: (334) 834-0353
E-mail: sgjamesandassoc@aol.com
Bar No: JAM012