#### IN THE DISTRICT COURT OF THE UNITED STATES
#### FOR THE MIDDLE DISTRICT OF ALABAMA
#### NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | * |
| | * |
| PLAINTIFF, | * |
| | * |
| v. | * CASE NO.  3:07cr00256-MHT-TFM-1 |
| | * |
| HOWARD SMITH, | * |
| | * |
| DEFENDANT. | * |

### MOTION TO RESET DETENTION HEARING

Comes now Howard Smith and files this motion requesting the detention hearing presently set for 1:00 p.m., February 8, 2008 be changed and in support thereof states the following:

1. Counsel has cancelled a hearing before Judge Walker in the matter of United States v. John Wayne Jordan, Case No. 2:08-MJ-00008-SRW-1, which was set for 9:30 a.m., February 8, 2008.

2. Counsel is requesting that this Court reset the Smith matter for the morning of February 8, 2008.

3. Counsel makes this request because her minor son will be playing basketball in the State Finals at Huntingdon College at 1:30 p.m. on February 8, 2008.

4. AUSA Vern Spears has no objection to this request.

4. Wherefore the defendant requests that this Court reset the presently set detention hearing to the morning of February 8, 2008.

Respectfully submitted,

s/Susan G. James
SUSAN G. JAMES
Attorney at Law
600 South McDonough Street
Montgomery, Alabama 36104
Phone: (334) 269-3330
Fax: (334) 834-0353
E-mail: sgjamesandassoc@aol.com
Bar No: JAM012

**CERTIFICATE OF SERVICE**

      I hereby certify that on February 7, 2008, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Vern Spears
AUSA
P. O. Box 197
Montgomery, Alabama 36101


Respectfully submitted,

s/Susan G. James
SUSAN G. JAMES
Attorney at Law
600 South McDonough Street
Montgomery, Alabama 36104
Phone: (334) 269-3330
Fax: (334) 834-0353
E-mail: sgjamesandassoc@aol.com
Bar No: JAM012