IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 3:07CR256-MHT |
| | ) | |
| HOWARD JAMES SMITH | ) | |

## MOTION FOR MENTAL COMPETENCY EXAMINATION

Comes now the United States of America, by and through Leura G. Canary, United States Attorney for the Middle District of Alabama, and respectfully requests that this Court enter an order directing the United States Marshal of the Middle District of Alabama to take the above-named defendant into custody and to remove him to the custody of the Warden of the Medical Center for Federal Prisoners, Springfield, Missouri, or such other facility designated by the Federal Bureau of Prisons, or such other federal institution as the Court deems appropriate, for the purpose of being observed and examined by one or more qualified psychiatrists or psychologists, pursuant to 18 U.S.C. §§ 4241(a) and 4247.

In support of its motion, the United States respectfully states as follows:

1.  On or about February 12, 2008, the United States received medical records (from Defendant's counsel Attorney Susan James) relating to Defendant, Howard Smith.[1]   These records seem to

---

[1] See Attachment "A" - medical records of Howard Smith from the Montgomery Area Mental Health Authority.

indicate that Mr. Smith has previously been diagnosed as "mildly retarded" or suffering from "psychotic symptoms". The records purport to be from the Montgomery Area Mental Health Authority; however, the most recent records appear to be from 2001. During a detention hearing held on February 12, 2008, evidence was elicited that Mr. Smith currently suffers from paranoid schizophrenia and has not been properly followed by medical professionals. Based upon a review of these records, the United States has concerns about any further proceedings and Smith's ability to understand the nature of the proceedings against him.

2.   The United States files the instant motion pursuant to 18 U.S.C. § 4241(a), which provides as follows:

> **Motion to determine mental competency of defendant -** At any time after the commencement of a prosecution for an offense and prior to the sentencing of the defendant, or at any time after the commencement of probation or supervised release and prior ro the completion of the sentence, the defendant or the attorney for the Government may file a motion for a hearing to determine the mental competency of the defendant. The court shall grant the motion, or shall order such a hearing on its own motion, if there is reasonable cause to believe that the defendant may presently be suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense.

18 U.S.C. § 4241(a).

3.   Title 18, United States Code, Section 4247 sets forth, in relevant part, that:

> A psychiatric or psychological examination ordered pursuant to this chapter shall be conducted by a licensed

or certified psychiatrist or psychologist, or, if the court finds it appropriate, by more than one such examiner.  Each examiner shall be designated by the court....For the purposes of an examination pursuant to an order...under section 4241(a), 4244 and 4245, [the court may commit the person to be examined] for a reasonable period, but not to exceed thirty days, to the custody of the Attorney General for placement in a suitable facility.

18 U.S.C. § 4247(b).

Accordingly, the United States respectfully requests that a psychiatric or psychological examination of the defendant be conducted, pursuant to 18 U.S.C. § 4241(a), and that a psychiatric or psychological report be prepared, pursuant to 18 U.S.C. § 4247(c), said report specifically to include a determination as to "whether the person is suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense."  18 U.S.C. § 4247(c)(4)(A).

For the foregoing reasons, the United States respectfully requests that this Court enter an order, pursuant to 18 U.S.C. §§ 4241(a)and 4247, directing that the United States Marshal for the Middle District of Alabama take the defendant into custody and that the defendant be placed in a suitable facility for the purposes of being observed and examined, for a reasonable period of time, not to exceed thirty days from the date of defendant's arrival at the designated facility.

Respectfully submitted this the 13th day of February, 2008.

LEURA G. CANARY
UNITED STATES ATTORNEY

/s/ Verne H. Speirs
VERNE H. SPEIRS
One Court Street
Montgomery, Alabama 36104
Phone: (334) 223-7280
FAX: (334) 223-7135
verne.speirs@usdoj.gov

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

```
UNITED STATES OF AMERICA        )
                                )
           v.                   )    CR. NO. 3:07cr256-MHT
                                )
HOWARD JAMES SMITH              )
```

CERTIFICATE OF SERVICE

I hereby certify that on February 13, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Susan James.

Respectfully submitted,

LEURA G. CANARY
UNITED STATES ATTORNEY

/s/ Verne H. Speirs
VERNE H. SPEIRS
One Court Street
Montgomery, Alabama 36104
Phone: (334) 223-7280
FAX: (334) 223-7135
verne.speirs@usdoj.gov