**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

February 14, 2008

# NOTICE OF DEFICIENCY

**To:** Verne Speirs

**From:** Clerk's Office

**Case Style:** USA vs. Howard James Smith

**Case Number:** 3:07-cr-256-MHT

**Referenced Pleading:** Document #13
Motion for Psychiatric Exam

**A Notice of Deficiency has been filed in the above referenced case to reflect that the above referenced pleading violates the court's Standing Order 2:04mc3228. The document includes the defendant's Social Security Number.**