IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v | ) | CRIMINAL ACTION NO. |
| | ) | 3:07CR256-MHT |
| HOWARD JAMES SMITH | ) | |

## **ORDER**

Pending before the Court is a *Motion for Mental Competency Evaluation* (Doc. 13, filed February 13, 2008). For good cause, it is **ORDERED** that the motion is set for hearing on **February 19, 2008 at 2:00 p.m.** in Courtroom 4A, Frank M. Johnson, Jr. Federal Building and United States Courthouse Complex, One Church Street, Montgomery, Alabama, before the undersigned Magistrate Judge. Pending the hearing, the defendant shall be held in custody of the U. S. Marshal and produced for the hearing.

DONE, this 14th day of February, 2008.

/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATE MAGISTRATE JUDGE