IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

UNITED STATES OF AMERICA　　　　)
　　　　　　　　　　　　　　　　)
　　v.　　　　　　　　　　　　　)　　　　CR. NO. 3:07CR256-MHT
　　　　　　　　　　　　　　　　)
HOWARD JAMES SMITH　　　　　　)

<u>MOTION TO SEAL PSYCHIATRIC EXAM</u>

　　　　Comes now the United States of America, by and through Leura G. Canary, United States

Attorney for the Middle District of Alabama, and respectfully moves the Court to seal Attachment

"A" of Document # 13 filed in the above-styled cause on February 13, 2008, on the following

grounds:

　　　　1.　Attachment "A" is the medical records of Howard Smith from the Montgomery Area

Mental Health Authority.　The records included the defendant's Social Security number which is a

violation of the court's Standing Order 2:04mc3228.

　　　　2.　The United States requests that Attachment "A" of Document #13 in this case be sealed.

The United States also apologizes for the violation in this matter.

　　　　Respectfully submitted this the 14th day of February, 2008.

　　　　　　　　　　　　　　　　　　　LEURA G. CANARY
　　　　　　　　　　　　　　　　　　　UNITED STATES ATTORNEY

　　　　　　　　　　　　　　　　　　　/s/ Verne H. Speirs
　　　　　　　　　　　　　　　　　　　VERNE H. SPEIRS
　　　　　　　　　　　　　　　　　　　One Court Street
　　　　　　　　　　　　　　　　　　　Montgomery, Alabama 36104
　　　　　　　　　　　　　　　　　　　Phone: (334) 223-7280
　　　　　　　　　　　　　　　　　　　FAX: (334) 223-7135
　　　　　　　　　　　　　　　　　　　verne.speirs@usdoj.gov

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 3:07cr256-MHT |
| | ) | |
| HOWARD JAMES SMITH | ) | |

CERTIFICATE OF SERVICE

I hereby certify that on February 14, 2008, I electronically filed the foregoing with the Clerk

of the Court using the CM/ECF system which will send notification of such filing to the following:

Susan James.

Respectfully submitted,

LEURA G. CANARY
UNITED STATES ATTORNEY

/s/ Verne H. Speirs
VERNE H. SPEIRS
One Court Street
Montgomery, Alabama 36104
Phone: (334) 223-7280
FAX: (334) 223-7135
verne.speirs@usdoj.gov

2

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 3:07CR256-MHT |
| | ) | |
| HOWARD JAMES SMITH | ) | |

## ORDER

The United States has filed a motion to seal Attachment "A" of Document #13 in this case due to the fact that the attachment included the defendant's social security number in violation of the court's Standing Order 2:04mc3228. For good cause shown, I hereby adjudge and decree that Attachment "A" of Document #13 be sealed.

DONE this _____ day of February, 2008.

_____
UNITED STATES MAGISTRATE JUDGE