IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v | ) | CR. NO. 2:07cr256-MHT |
| | ) | [wo] |
| HOWARD JAMES SMITH | ) | |

### ORDER ON MOTION

Before the Court is the *Motion to Seal*. (Doc. #19, entered Feb. 14, 2008) filed by the United States, to seal Attachment "A" of its previously filed *Motion for Psychiatric Exam* (Doc. #13).

Attachment "A " includes the defendant's social security number in violation of the court's Standing Order 2:04mc3228.

For good cause shown, the motion is GRANTED, and it is hereby ORDERED that Attachment "A" to Document #13 in this case be SEALED.

DONE this 15th day of February, 2008.

/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE