IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| | * | |
| PLAINTIFF, | * | |
| | * | |
| v. | * | CASE NO.  3:07cr00256-MHT-TFM-1 |
| | * | |
| HOWARD JAMES SMITH, | * | |
| | * | |
| DEFENDANT. | * | |

**MOTION TO REOPEN DETENTION**

Comes now Howard James Smith by and through undersigned counsel and requests the Court reopen the matter of detention based on the Court's reliance on erroneous information and grant his release with conditions and in support thereof states the following:

1.  A detention hearing was held on February 12, 2008 and testimony taken.  The defendant was ordered detained.

2.  This Court's order of detention filed February 13, 2008 (document 14) contained written reasons for the detention.  Specifically the Court held in part: "Testimony during the detention hearing showed Smith was previously convicted for marijuana distribution, has a history of schizophrenia, and has not been gainfully employed for fourteen years. ...The narcotics transaction alleged in the instant indictment took place shortly after Smith completed the probation for his previous drug trafficking conviction.  The Court finds Smith was likely engaged in trafficking narcotics while on probation, and his admitted refusal to take his prescribed medications for a serious mental illness poses a danger to the community if released pending trial."  (Magistrate Order, page 2)

3.  The Court's reasons are flawed and based on erroneous information.  Specifically as noted in attachments A and B (certified copies of Montgomery County Circuit Court cases) Smith has never been convicted for drug sales, drug distribution,  or drug trafficking.

4.  In fact,  his 1998 conviction was for marijuana 2nd (CC-98-5059) involving the simple possession for personal use of 1.65 grams of marijuana (see collective Exhibit A) The 2000 case

(2000-1711) again was the simple possession of marijuana for personal use involving 42.5 grams of marijuana.  This personal use case was elevated to possession of marijuana 1st because Smith had been previously convicted of marijuana 2nd degree for personal use in (CC-98-5059) (See collective Exhibit B)

5.  Further, as noted above in the Court's reasons for detention the Court held that the defendant had only **recently completed probation shortly before the instant charge** is alleged to have occurred in 2005.  (See Magistrate Detention Order, Page 2)

6.  The Probation Officer's pretrial information erroneously indicated that Smith had been terminated from probation January 8, 2005.  As noted in Attachment B, the probation this Court was considering in denying detention was actually terminated February 14, 2003.  This was, 33 months or almost three years,  prior to the alleged November 18, 2005 offense.

7.  The Court also appears to penalize Smith for his unemployment which was clearly necessitated by his mental condition for which he receives SSI benefits.  These benefits contemplate that people are disabled and incapable of working.  (See Exhibit 1 admitted at the detention hearing)

8.  Therefore, the only reasons left to detain Smith involve his mental illness and the issue of medication.  Ironically, Smith is being denied this precise medication while he is incarcerated. If he poses a danger in the community (arguendo) one could reason he poses the same danger in the jail if unmedicated.

9.  Of course, the presumption exists but Smith has overcome the presumption and there exist a combination of conditions to ensure public safety.

10.  Wherefore, it is respectfully required that this Court revisit the order of detention and release Smith pending trial for mental health counseling, medication, and in order that he may assist counsel in preparing his defense.

11.  Smith has even requested that if the Court denies the reconsideration to allow him to return home, that the Court consider ordering him to confinement in the East Alabama Mental Health Facility in Opelika, Alabama  until he can be placed on medication.

Respectfully submitted,

s/Susan G. James
SUSAN G. JAMES
Attorney at Law
600 South McDonough Street
Montgomery, Alabama 36104
Phone: (334) 269-3330
Fax: (334) 834-0353
E-mail: sgjamesandassoc@aol.com
Bar No: JAM012

## CERTIFICATE OF SERVICE

I hereby certify that on February 15, 2008, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Verne Speirs
AUSA
P. O. Box 197
Montgomery, Alabama 36101

Respectfully submitted,

s/Susan G. James
SUSAN G. JAMES
Attorney at Law
600 South McDonough Street
Montgomery, Alabama 36104
Phone: (334) 269-3330
Fax: (334) 834-0353
E-mail: sgjamesandassoc@aol.com
Bar No: JAM012

```
AC850370          ALABAMA JUDICIAL INFORMATION SYSTEM      CASE: CC 98 005059.00
OPER: KAO                  CASE ACTION SUMMARY
PAGE:  1              CIRCUIT    CRIMINAL                RUN DATE: 03/12/98
```

IN THE CIRCUIT COURT OF MONTGOMERY                                    JUDGE: CNP

STATE  OF  ALABAMA              VS        SMITH HOWARD JAMES
                                          319 SANDUSKY RD
CASE: CC 98 005059.00
                                          MONTGOMERY, AL  36117 0000

DOB:                   SEX: M  RACE: B  HT: 0 00  WT: 000   HR:      EYES:
SSN:          ALIAS NAMES:

CHARGE1: POSS MARIJUANA 2ND              CODE1: VAPM LIT: POSS MARIJUANA  TYP: M
MORE?:          OFFENSE DATE:          AGENCY/OFFICER:

DATE WAR/CAP ISS:                      DATE ARRESTED: 09/08/97
DATE    INDICTED:                      DATE    FILED: 03/09/98
DATE    RELEASED:                      DATE  HEARING:
BOND     AMOUNT:          $500.00              SURETIES: BIG LADY'S

DATE 1:          DESC:                  TIME: 0000
DATE 2:          DESC:                  TIME: 0000

         DEF/ATY: *Britt S. Booth*      TYPE: R
PROSECUTOR: GUY, N GUNTER, JR

OTH CSE:                   CHK/TICKET NO:              GRAND JURY:
COURT REPORTER:                   SID NO:
DEF STATUS: BOND            DEMAND: Y  Dec. 8        OPER: KAO

DATE      ACTIONS,  JUDGEMENTS,  AND  NOTES

| DATE | ACTIONS, JUDGEMENTS, AND NOTES |
|---|---|
| 5-8-98 | Notice of intent to offer Cert. of Analysis |
| 6-8-98 | Entry of Appearance |
| 11-16-98 | Motion For (Continuance) |
| 12-1-98 | Motion To Compel |
| 12-1-98 | Motion To Suppress |
| 11-17-98 | Order Denying Motion For Continuance |
| 12/10/98 | The Court declares a mistrial; jury was unable to reach an unanimous decision.  *Charles Price* |
| 12/6/99 | DEFENDANT COMES INTO COURT WITH HIS ATTORNEY. OF RECORD. THE COURT FULLY EXPLAINED DEFEN- DANT'S CONSTITUTIONAL RIGHTS. THE DEFENDANT ENTERED A PLEA OF GUILTY TO _____ AND THE COURT BEING OF THE OPINION THAT THE DEFENDANT NOT _____ THAT THE PLEA IS VOLUNTARILY AND KNOWINGLY ENTERED, THE COURT ACCEPTS THE PLEA AND FINDS HIM GUILTY OF *P/m II* |
|  | Waived pre-sentence report |
| Rec'd 12-8-09 | COURT HAVING ASKED THE DEFENDANT IF HE ___ __ ANYTHING TO SAY AS TO WHY THE SENTENCE __ __ SHOULD NOT NOW BE PRONOUNCED ___ ON HIM, AND THE DEFENDANT HAVING HIS __AY, THE COURT SENTENCED THE DEFENDANT __ 6 months in city/county jail suspended, 2 yrs |
|  | unsupervised probation. Def. is to pay $150⁰⁰ VCF; court costs is waived.  *Charles Price* |
| 01-05-00 | Certified copy of Case action summary sent to City |

| State of Alabama<br>Unified Judicial System<br>Form C-50    Rev 10/86 | JURY VERDICT | Case Number<br>CC-98-5059-PR |
|---|---|---|

IN THE CIRCUIT COURT OF _____ Montgomery _____ COUNTY

**Plaintiff/State**      v. **Defendant**

         CITY OF MONTGOMERY      HOWARD SMITH

❑    We, the jury, find the defendant guilty of Possession of Marijuana II.

❑    We, the jury, find the defendant not guilty.

**RECEIVED**
12-10-98

Betty L. Darren
Name of Foreman (please print)

Foreman Signature

Date filed   12/ /98

Clerk of Circuit Court      By: _____

STATE OF ALABAMA  }
COUNTY OF MONTGOMERY}    In the Circuit Court of Montgomery County:

    The City of Montgomery, Alabama, a municipal corporation
organized and existing under the laws of the State of Alabama,
by its attorney, complains that, on or about ___September 7, 1997___,
within twelve months prior to the commencement of this prose-
cution, and within the corporate limits or the police jurisdiction
of said city:

Howard James Smith, whose name is otherwise unknown to the affiant, did, on or about
September 7, 1997 at approximately 10:10 p.m., while at or near: 4243 Inn South Avenue,
unlawfully possess Marijuana, a controlled substance without authorization, for his/her
personal use only, to-wit: On September 7, 1997, Unit # 213, Officer T.L. Hagler and D.
R. Daehn were dispatched to 4243 Inn South Avenue, on:. subjects smoking drug. Upon the-
ir arrival, they approached room #028 and could smell a strong odor of Marijuana and th-
ey could hear people parting inside. One of the subjects stated he was going to leave,
and at that time he opened the door. Smoke was coming from the room and as the subject
observed the officers, he ran back inside the room and threw what appeared to be crack
cocaine. The officer entered the room and ordered the subjects to stand along the wall
and observed Howard James Smith drop a hand rolled cigarette from between his legs. Of-
ficer T.L. Hagler retrieved the object and found it to contain a brown and green leafy
substance believed to be Marijuana.

In violation of Chapter 1, Section 9, of the Code of the City of Montgomery,
Alabama, 1980;

Ref: Title 13A-12-214, Code of Alabama,1975;

contrary to the provisions of a valid existing ordinance of the
City of Montgomery, duly adopted and ordained by the City Council
of said City, prior to the commission of said act or acts, and
prescribing the punishment for violations thereof,

_____
Attorney for the City of Montgomery

STATE OF ALABAMA
MONTGOMERY COUNTY
I, as Circuit Clerk, Montgomery County
Circuit Court, do hereby certify that the within
is a complete, true and correct copy of the
Court document
on file in said office.
Witness my hand and the seal of said Court
is hereto affixed, this the _____ 15th
day of ___February By__ 08
_____
Melissa Rittenberry
CIRCUIT CLERK

| State of Alabama<br>Unified Judicial System<br>Form MC-11 | AFFIDAVIT<br>AND<br>WARRANT OF ARREST | Warrant Number<br>8660-97<br>Case Number |
|---|---|---|

## THE STATE OF ALABAMA

MONTGOMERY _____ COUNTY

### IN THE MUNICIPAL COURT OF
MONTGOMERY, ALABAMA

### AFFIDAVIT

Before me, Judge/Magistrate of the Municipal Court of Montgomery, Alabama _____, personally appeared this day ___T.L. Hagler___ who, upon first being duly sworn, states on oath that he/she has probable cause for believing and does believe that ___Howard James Smith___ whose name is otherwise un-known to the affiant, did on, to wit: ___September 7th___ 19 _97_, within twelve months before making this affidavit and within the City/Town of Montgomery, Alabama _____, or the Police Jurisdiction thereof:

___Howard James Smith_____, whose name is otherwise unknown to the affiant, did on, to-wit: ___September 7, 1997_____, while at or near

___4243 Inn South Ave_____, unlawfully possess ___MARIJUANA___,

a controlled substance, without authorization, for his/her personal use only,

in violation of Ordinance Number/Section Chapter 1, Section 9 previously duly adopted, effective and in full force at the time the offense was committed.(Ref. Title 13A-12-214, Code of Alabama, 1975)

Sworn to and subscribed before me this ___September 8th__ 19 _97_

_____
Judge/Magistrate

Affiant x _T.L. Hagler_ 058
Address _____MPD_____
Telephone Number _____

### WARRANT OF ARREST

## THE STATE OF ALABAMA

MONTGOMERY _____ COUNTY

### IN THE MUNICIPAL COURT OF
MONTGOMERY, ALABAMA

TO ANY LAWFUL OFFICER OF THE STATE OF ALABAMA:

Complaint on oath having been made before me that the offense of _____
UNLAWFUL POSSESSION OF MARIJUANA (SECOND DEGREE)
has been committed within said City/Town jurisdiction, in violation of Ordinance Number/Section ___1-9___ and accusing ___Howard James Smith_____ with committing the same, you are therefore com-manded forthwith to arrest said defendant, ___Howard James Smith___ and have him/her before the Municipal Court of the said City/Town to answer said charges.

Witness my hand this ___September 8__ 19 _97_.

_____
Judge/Magistrate

AFFIDAVIT AND WARRANT OF ALABAMA

MONTGOMERY COUNTY

I, as Circuit Clerk, Montgomery County Circuit Court, do hereby certify that the within is a complete, true and correct copy of the _warrant of arrest the first deputy_ on file in said office.

Witness my hand and the seal of said Court is hereto affixed this the ___15th___ day of ___February__ 08

_____
CIRCUIT CLERK

| State of Alabama Unified Judicial System | **ARREST INFORMATION** | Side 2 8660-97 22A |
| --- | --- | --- |

CITY/TOWN OF ___MONTGOMERY, ALABAMA___

VS

Howard James Smith        B/M/23        (In Custody)

UNLAWFUL POSSESSION OF MARIJUANA  (SECOND DEGREE)

The arresting officer may admit the defendant to bail upon his/her entering into bond in the sum of _____THREE HUNDRED_____ dollars, with two good sureties approved by the municipal judge or his designee.

_V.C. Beeman_
Judge/Magistrate

Received in this office (date), _____ 19 ____.

_____
Chief of Police/Sheriff

CERTIFICATE OF EXECUTION

I have executed this warrant by arresting the within named defendant ___Howard James Smith___ on this date, ___9-8-97___ 19 ____ at ___0005___ o'clock ___P___.m., and:

☒ Committing to jail
☐ Admitting to bail

Remarks _____

_T.L. Hagler 058_
Officer

## OFFICER'S INFORMATION

NAME _____ D.O.B. _____
ADDRESS _____
COLOR ____ SEX ____ WEIGHT ____ PHONE ____ HAIR ____ EYES ____
OTHER _____
WORKS AT _____

## WITNESSES

| NAME | ADDRESS | PHONE |
| --- | --- | --- |
| T.L. Hagler #058 MPD | | |
| D.R. Daehn MPD | | |

A712729A

STATE OF ALABAMA
MONTGOMERY COUNTY
I, as Circuit Clerk, Montgomery County Circuit Court, do hereby certify that the within is a complete, true and correct copy of the _arrest information_ on file in said office.
Witness my hand and the seal of said Court is hereto affixed, this the ___15th___ day of ___Feb, 98___
_Melissa D. Harper_
CIRCUIT CLERK





**ALABAMA**
## DEPARTMENT OF FORENSIC SCIENCES

SATELLITE LABORATORY
1475 HARTFORD HIGHWAY
DOTHAN, AL 36301
(334) 712-0742
FACSIMILE (334) 712-1918

MEDICAL EXAMINER
207 NORTH CHERRY STREET
DOTHAN, AL 36303
(334) 793-0816
FACSIMILE (334) 677-6322

### CERTIFICATE OF ANALYSIS

DETECTIVE M O DARDEN
MONTGOMERY POLICE DEPT
P O DRAWER 159
MONTGOMERY, AL 36101-0159

CASE NUMBER: 97M033592                  SUBMITTING AGENCY CASE NUMBER: X

| SUSPECT(S) | RACE | SEX | BIRTH DATE | STATUS |
|---|---|---|---|---|
| Howard J Smith | B | M | | Adult |

SERVICE REQUESTED:    DRUG ID

CHAIN OF CUSTODY:

| RELINQUISHED BY | RECEIVED BY | DATE | TIME |
|---|---|---|---|
| M O Darden | Evidence Locker | 09/16/1997 | 1450 |
| Evidence Locker | Marc Crews | 10/08/1997 | 1000 |

DESCRIPTION OF EVIDENCE:

1. One sealed plastic bag containing one hand rolled cigar containing plant material.

RESULTS OF ANALYSES:                  DATE(S) OF ANALYSES: 10/22/1997 - 10/22/1997

1. Laboratory analyses of the plant material revealed the presence of marihuana. The weight in grams is 1.65.

Sworn to and subscribed before me this the __31st__ Day of __October__ 19 __97__ as a true and correct copy.

Marc Crews
Forensic Scientist
Analyst

Jo Ann Prescott
Notary Public

STATE OF ALABAMA
MONTGOMERY COUNTY

I, as Circuit Clerk, Montgomery County
Circuit Court, do hereby certify that the within
is a complete, true and correct copy of the
_Certificate of Analysis_
on file in said office.
  Witness my hand and the seal of said Court
's hereto affixed, this the _6th_
!ay of _Feb., 08_

Melissa Rittenour
CIRCUIT CLERK



```
ACRO372              ALABAMA JUDICIAL INFORMATION SYSTEM      CASE: CC 2000 001711.00
OPER: PAA                    CASE ACTION SUMMARY
PAGE:   1                     CIRCUIT  CRIMINAL              RUN DATE: 11/08/2000
============================================================================
IN THE CIRCUIT COURT OF MONTGOMERY                                    JUDGE: CNP

STATE  OF  ALABAMA                    VS      SMITH HOWARD JAMES
                                              873-B WESTVIEW DR
CASE: CC 2000 001711.00
                                              MONTGOMERY, AL  36117 0000

DOB:                    SEX: M  RACE: B  HT: 6 03  WT: 260   HR: BLK EYES: BRO
SSN:              ALIAS NAMES:
============================================================================
CHARGE01: POSS MARIJUANA 1ST  CODE01: VAPF   LIT: POSS MARIJUANA  TYP: F #: 001
CHARGE02: REC STOLEN PROP 2ND CODE02: RSP2                        TYP: F #: 001
CHARGE03: FAIL TO AFFIX STAMP CODE03: VFAS                        TYP: F #: 001
OFFENSE DATE: 05/16/2000               AGENCY/OFFICER: 0030100 MCCASLA

DATE WAR/CAP ISS:                      DATE ARRESTED: 05/17/2000
DATE    INDICTED: 11/09/2000           DATE    FILED: 11/08/2000
DATE    RELEASED: 05/17/2000           DATE  HEARING:
BOND    AMOUNT:      $3,000.00 P          SURETIES: TIMMONS MALINDA

DATE 1:            DESC:                 TIME: 0000
DATE 2: 11/16/2000 DESC: APPT            TIME: 0200 P

TRACKING NOS: DC 2000 002134 00  /                      /

   DEF/ATY: MADDOX BRUCE               TYPE: R                       TYPE:
            6728 TAYLOR COURT

            MONTGOMERY     AL 36117

PROSECUTOR: FINE CLARK DALE
```

Sep. 24 ✓
June 20 ✓
Apr. 19 ✓
Jan 22 ✓

```
============================================================================
OTH CSE: DC200000213400 CHK/TICKET NO: 2000-917          GRAND JURY: 0457
COURT REPORTER:                SID NO:    000000000
DEF STATUS: BOND               DEMAND:                             OPER: PAA
============================================================================
DATE          ACTIONS, JUDGEMENTS, AND NOTES
============================================================================
```

| DATE | ACTIONS, JUDGEMENTS, AND NOTES |
|------|-------------------------------|
| 11-16-00 | Plea of not Guilty + waiver of arraignment |
| 1/03/01 | Notice of Discovery to Def, intent to use prior Convictions, intent to invoke Sentencing enhancements intent to offer proof by a certificate of analysis, and motion for Discovery by the State. |
| 1-19-01 | Motion To Continue |
| 9/21/01 | (State's Motion to nolle-pross Ct. III (RSP II) Granted. |
| 9/21/01 | DEFENDANT COMES INTO COURT WITH HIS ATTORNEY OF RECORD. THE COURT FULLY EXPLAINED DEFENDANTS CONSTITUTIONAL RIGHTS. THE DEFENDANT ENTERED A PLEA OF GUILTY TO PoM I Failure to Affix Stamp AND THE COURT BEING OF THE OPINION THAT THE DEFENDANT FULLY UNDERSTANDS HIS RIGHTS, AND THAT THE PLEA IS VOLUNTARILY AND KNOWINGLY ENTERED, THE COURT ACCEPTS HIS PLEA, ADJUDICATED AND FINDS HIM GUILTY OF PoM I / Failure to Affix Stamp  Adjudication withheld pending PTD  Charles Price |

ACRO359  A L A B A M A  J U D I C I A L  I N F O R M A T I O N  C E N T E R

CASE ACTION SUMMARY
CONTINUATION

CASE: CC 2000 001711.00
JUDGE ID:  CNP

STATE  OF  ALABAMA                    VS    SMITH HOWARD JAMES

| DATE | ACTION, JUDGMENTS, CASE NOTES |
|---|---|
| 10/17/01 | Motion for Sentencing |
| 9-7-01 | MOTION TO Suppress |
| 12/21/01 | Adjudicated guilty |

COURT HAVING ASKED THE DEFENDANT IF HE
HAD ANYTHING TO SAY AS TO WHY THE SENTENCE
OF LAW SHOULD NOT NOW BE PRONOUNCED
UPON HIM, AND THE DEFENDANT HAVING HIS
SAY, THE COURT SENTENCED THE DEFENDANT
TO *3 years in the penitentiary* on both counts to

run concurrently w/ each other suspended: 3 yrs
supervised probation. Def. is to pay court costs
$250 VCF, $2,000 fine & $100 DFS. Def. driver license
suspended for six months. Charles Price

| 9/16/02 | Based on completion of the Lighthouse Counseling, |
|  | the drug assessment of $2,000 is remitted. Charles Price |
| 2/24/03 | Probation has been terminated per Judge Pr... |
|  | Charles Price |

C

00-1711

enp

GJ NO. _____ 0457

THE STATE OF ALABAMA

v.

Howard Smith
B/M HT:6'5 WT:260 DOB:09/07/74

SID. NO. 873 B WARREN DATE
01293525 FOR        5/16/00

POM 1

A FALS/RSP 1
A TRUE BILL.

_George L. McGee_
Foreperson of Grand Jury

BAIL IN THIS CASE IS FIXED AT

$ _____

_____
Judge of Circuit Court, Montgomery County

CC NO. _____

Green
N\A
S/L

CNP

No Prosecutor

Presented in open Court by the Foreperson of
the Montgomery County Grand Jury in the pres-
ence of ____15____ other members of
the Grand Jury and filed this ____3-d____ day of ____3____

Nov _____ 2000

_Melissa Rittenour_
Clerk of the Circuit Court of Montgomery County

WITNESSES

WITNESSES

R.A. Burch
Wk:MPD

J.L. Pace
Wk:MPD

R.A. Sparkman
Wk:MPD

STATE OF ALABAMA
MONTGOMERY COUNTY

I, as Circuit Clerk, Montgomery County
Circuit Court, do hereby certify that the within
is a complete, true and correct copy of the
__indictment__
on file in said office.
   Witness my hand and the seal of said Court
is hereto affixed, this the ____15th____
day of ____Feb.____ ____08____
_Melissa Rittenour_
CIRCUIT CLERK

# THE STATE OF ALABAMA

## MONTGOMERY COUNTY

Circuit Court of Montgomery County, _____ NOVEMBER _____ Term, A.D. 2000

COUNT I    The Grand Jury of said County charge that, before the finding of this indictment,
HOWARD SMITH, alias
HOWARD J. SMITH, alias
HOWARD JAMES SMITH,
whose name is otherwise unknown to the Grand Jury, did unlawfully possess

MARIHUANA for other than personal use and/or for his personal use after

having been previously convicted of unlawful possession of marihuana in the

second degree or unlawful possession of marihuana for his personal use

only, in violation of Section 13A-12-213 of the Code of Alabama, against

the peace and dignity of the State of Alabama.

COUNT II:  The Grand Jury of said County further charge that, before the
finding of this indictment,
HOWARD SMITH, alias
HOWARD J. SMITH, alias
HOWARD JAMES SMITH,
whose name is otherwise unknown to the Grand Jury, without legal authority,

was found in possession of more than 42.5 grams of MARIHUANA, a controlled

substance, having failed to affix the appropriate tax stamps on the more

than 42.5 grams of MARIHUANA, in violation of Section 40-17A-9 of the Code

of Alabama, against the peace and dignity of the State of Alabama.

COUNT III:  The Grand Jury of said County further charge that, before the
finding of this indictment,

HOWARD SMITH, alias
HOWARD J. SMITH, alias
HOWARD JAMES SMITH,

whose name is otherwise unknown to the Grand Jury, did intentionally

receive, retain or dispose of stolen property, 9MM pistol, a better

description of which is unknown to the Grand Jury, of some value greater

than $100.00, the property of Cornelius Sharpe, knowing that it was stolen

or having reasonable grounds to believe it had been stolen, and not having

the intent to restore it to the owner, in violation of Section 13A-8-18 of

the Code of Alabama,

against the peace and dignity of the State of Alabama.

District Attorney, Fifteenth Judicial Circuit of Alabama



**STATE OF ALABAMA**
**MONTGOMERY COUNTY**

**WARRANT AND AFFIDAVIT**

**THE DISTRICT COURT**
CASE NO. DC00-2134

Before me the undersigned Judge/Clerk/Magistrate of The District Court of Montgomery County, Alabama, personally appeared

Rebecca D. Sparkman

who being by me first duly sworn deposes and says that he has probable cause for believing, and does believe that within twelve months within said County or about (date)   May 16, 2000   one   Howard James Smith   , whose n
is otherwise unknown to the affiant, did on to-wit:   May 16, 2000   while at or ne
I-85 South/Mile Marker 10   , unlawfully possess Marijuana, a controlled substance, ( X ) for other than personal use; or ( ) for his personal use only, after having previously convicted of Unlawful Possession of Marijuana in the Second Degree, or Unlawful Possession of Marijuana for his personal use only, in violation of 13A-12-213 (a), Code of Alabama, against the peace and dignity of the State of Alabama

Sworn to and Subscribed before me this the   17
day of   May   , 19   2000

_____
Judge/Clerk/Magistrate of District Court
Of Montgomery County, Alabama

Rebecca D Sparkman #577
Complainant's Signature

---

**STATE OF ALABAMA**
**MONTGOMERY COUNTY**

**WARRANT OF ARREST**

**THE DISTRICT COURT**

TO ANY LAWFUL OFFICER OF THE STATE OF ALABAMA:

You are thereof commanded to arrest   Howard James Smith

and bring him/her before the DISTRICT COURT OF MONTGOMERY COUNTY, to answer the State of Alabama on a charge of

UNLAWFUL POSSESSION OF MARIJUANA (FIRST DEGREE)

and have you then and there this writ with your return thereon

Dated this   17   day of   May   , 19   2000

_____
Judge/Clerk/Magistrate of District Court
Of Montgomery County, Alabama

The Sheriff will take bond in the sum of $   3,000.00

---

WARRANT NO. 8000E - 917

**WARRANT OF ARREST**
**THE DISTRICT COURT OF**
**MONTGOMERY COUNTY, ALABAMA**

**THE STATE OF ALABAMA**

v.

Howard James Smith
B/M/25

**STATE WITNESSES**

| | |
|---|---|
| R.A. Sparkman 077 | MPD |
| J.L. Burch 049 | MPD |
| J.L. Pace 154 | MPD |

Received MAY 2000 District Court

**Defendant's Address:**
873 B Westview Drive
36117

**Race:** Black   **Sex:** Male

**DOB:** 9/7/1974

**DL No.:**

**S.S. Number:** 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

**Employment:** 6'3  26c

Executed the within Warrant by Arresting the within named Defendant and Taking Appearance Bond Committing Defendant to Jail

17th   day of   May   2000

By C.D. McGuiland 578