IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | * |
| | * |
| PLAINTIFF, | * |
| | * |
| v. | * CASE NO. 3:07cr 00256-MHT-TFM-1 |
| | * |
| HOWARD JAMES SMITH, | * |
| | * |
| DEFENDANT. | * |

**MOTION FOR COURT ORDER DIRECTING UNITED STATES MARSHAL SERVICE TO TRANSPORT SMITH TO THE MONTGOMERY MENTAL HEALTH AUTHORITY FOR PURPOSES OF OBTAINING MEDICATION FOR HIS MENTAL ILLNESS**

Comes now Howard James Smith by and through undersigned counsel and files this motion requesting that the Court order the United States Marshal Service to transport Howard James Smith to the Montgomery Mental Health Authority for purposes of obtaining needed medication for his paranoid schizophrenia, and in support thereof states the following:

1. On February 12, 2008, the Court ordered Smith detained following a detention hearing. Evidence revealed at the hearing, as well as Exhibit 3, which were records from the Montgomery Mental Health Authority, established that Smith suffers from paranoid schizophrenia.

2. Smith is being housed in the Montgomery City Jail as a federal hold. Smith, despite numerous requests, has not obtained medication for his condition. One of the Court's concerns in detaining Smith was the fact that he had not been on his medication. The Montgomery City Jail is not providing Smith with his medication.

3. Given the fact that Smith is not presently taking medication, he will need to be seen by a mental health professional in order to be placed on the correct medication.

4. To deny Smith medication, given his condition, is an 8th Amendment violation and constitutes cruel and unusual punishment. If Smith were in the community, he could personally see the mental health professionals and obtain his medication. He should find himself in no worse condition because of his incarceration.

5. If the Court does not grant this motion, Smith renews his request for release pending trial.

Respectfully submitted,

s/Susan G. James
SUSAN G. JAMES
Attorney at Law
600 South McDonough Street
Montgomery, Alabama 36104
Phone: (334) 269-3330
Fax: (334) 834-0353
E-mail: sgjamesandassoc@aol.com
Bar No: JAM012

**CERTIFICATE OF SERVICE**

I hereby certify that on February 15, 2008, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Verne Speirs
AUSA
P. O. Box 197
Montgomery, Alabama 36101

Respectfully submitted,

s/Susan G. James
SUSAN G. JAMES
Attorney at Law
600 South McDonough Street
Montgomery, Alabama 36104
Phone: (334) 269-3330
Fax: (334) 834-0353
E-mail: sgjamesandassoc@aol.com
Bar No: JAM012