IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | * |
| | * |
| PLAINTIFF, | * |
| | * |
| v. | * CASE NO. 3:07cr00256-MHT-TFM-1 |
| | * |
| HOWARD JAMES SMITH, | * |
| | * |
| DEFENDANT. | * |

**RESPONSE IN OPPOSITION TO GOVERNMENT'S REQUEST FOR A MENTAL COMPETENCY EVALUATION**

Comes now Howard James Smith by and through undersigned counsel and files this his motion in opposition to the Government's February 13, 2008 Motion for Competency Evaluation pursuant to 18 U.S.C. §4241(a) and 4247 and in support thereof states the following:

1. The Government has filed a Motion for Competency Evaluation. Counsel asserts that this motion is for purposes of delay. Counsel concedes that there is some evidence that Smith suffers from a mental illness, which is controlled by medication.

2. Counsel's interactions with Smith for the past several weeks have been good, in that he fully understands the charges against him, he understands the role of the Court, his own lawyer, and the prosecutor, and he is actively assisting counsel in preparation of his defense.

3. The Court should know that counsel would immediately notify the Court if she believed Smith was not competent to stand trial. The Government indicates that it is not seeking a competency evaluation with regard to the alleged offense date of November 18, 2005.

4. Smith maintains his innocence and is not waiving speedy trial. His trial is scheduled on a special setting for April 9, 2008. Smith is anxious to get this matter behind him and have his day

in court.

5. Smith has been living in the community since November 18, 2005, functioning and cognizant of his surroundings. There is no need to send him to Bureau of Prisons facility for several months only to receive an evaluation that he is competent to stand trial.

6. Wherefore the undersigned respectfully requests that this Court deny the Government's motion for a competency evaluation.

Respectfully submitted,

> s/Susan G. James
> SUSAN G. JAMES
> Attorney at Law
> 600 South McDonough Street
> Montgomery, Alabama 36104
> Phone: (334) 269-3330
> Fax: (334) 834-0353
> E-mail: sgjamesandassoc@aol.com
> Bar No: JAM012

## CERTIFICATE OF SERVICE

I hereby certify that on February 15, 2008, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Verne Speirs
AUSA
P. O. Box 197
Montgomery, Alabama 36101

Respectfully submitted,

s/Susan G. James
SUSAN G. JAMES
Attorney at Law
600 South McDonough Street
Montgomery, Alabama 36104
Phone: (334) 269-3330
Fax: (334) 834-0353
E-mail: sgjamesandassoc@aol.com
Bar No: JAM012