IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v | ) | CR. NO. 3:07cr256-MHT |
| | ) | [wo] |
| HOWARD JAMES SMITH | ) | |

**ORDER**

Upon consideration of the government's motion for psychiatric examination , the court concludes that there is reasonable cause to be concerned that SMITH may presently be suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him or assist properly in his defense.  The court further finds that there exists good cause to require SMITH to undergo a psychological examination pursuant to 18 U.S.C. § 4241(b).  This examination will be conducted by Guy Renfro, Ph.D.  See 18 U.S.C. § 4247(b).  In conducting his examination and preparing his report, the court requests that Dr. Renfro include the following information:

   1.  Smith's personal history and present symptoms.

   2.  A description of the psychiatric, psychological, and medical tests that were employed and their results.

   3.  Any  opinion as to Smith's diagnosis, prognosis, and whether Smith's condition is such that he is able to understand the nature and consequences of the proceedings against him or to assist properly in his defense.

   Notwithstanding the foregoing listing of information, Dr. Renfro is encouraged by the court to include all relevant information about Smith's background or condition which Dr.

Renfro believes will be useful in assisting the court in its determination of the defendant's competency.

Accordingly, it is ORDERED that:

1. Defendant Smith shall meet with Dr. Guy Renfro for the purpose of having a complete psychological examination conducted. This examination is scheduled to be held on **Tuesday, February 26, 2008, and shall commence at 8:00 a.m.**

2. The United States Marshal for this District is DIRECTED to make Smith available for this examination.

3. The parties are instructed to provide Dr. Renfro all relevant medical documents in their possession no later than **Friday, February 22, 2008**.

Dr. Renfro is DIRECTED to conduct the necessary battery of tests and examinations to provide the court with the requisite information concerning Smith's competency. Dr. Renfro is further DIRECTED to file a report consistent with this order on or before **March 11, 2008**, and to provide counsel for Smith and counsel for the government a copy of the report.

It is further ORDERED that funds not to exceed $1,600.00 are approved for the purpose of engaging Dr. Renfro for the foregoing evaluation of defendant Smith.

The Clerk of the Court is DIRECTED to furnish Dr. Guy Renfro, 1520 Mulberry Street, Montgomery, AL 36106 with a copy of this order and a copy of charging document(s) filed in this case.

Done this 20th day of February, 2008.

                              /s/Terry F. Moorer
                              TERRY F. MOORER
                              UNITED STATES MAGISTRATE JUDGE