IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 3:07CR256-MHT |
| | ) | |
| HOWARD JAMES SMITH | ) | |
| aka "Julio" | ) | |

<u>NOTICE OF INFORMATION TO ESTABLISH PRIOR CONVICTION</u>
<u>PURSUANT TO TITLE 21, UNITED STATES CODE, SECTION 851</u>

Comes now the United States of America, by and through Leura G. Canary, United States Attorney for the Middle District of Alabama, and provides this Honorable Court and Defendant Howard James Smith with notice of information of a prior felony drug conviction for the purpose of increased punishment in accordance with Title 21, United States Code, Section 851.

Specifically, Defendant Howard Smith was convicted of Unlawful Possession of Marijuana 1st Degree, on or about September 21, 2001, in the Circuit Court of Montgomery County, under case number CC-00-1711.

The defendant has been made aware of this previous felony drug offense via United States Probation.

Respectfully submitted this 12th day of March, 2008.

LEURA G. CANARY
UNITED STATES ATTORNEY

/s/ Verne H. Speirs
VERNE H. SPEIRS
Assistant United States Attorney
131 Clayton Street
Montgomery, Alabama 36104
(334) 223-7280  (334) 223-7138 Fax
verne.speirs@usdoj.gov

```
            IN THE DISTRICT COURT OF THE UNITED STATES
              FOR THE MIDDLE DISTRICT OF ALABAMA
                      EASTERN DIVISION

UNITED STATES OF AMERICA        )
                                )
          v.                    )      CR. NO: 3:07cr256-MHT
                                )
HOWARD JAMES SMITH              )
aka "Julio"                     )
```

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on March 12th, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Susan James.

```
                        Respectfully submitted,

                        LEURA G. CANARY
                        UNITED STATES ATTORNEY

                        /s/ Verne H. Speirs
                        VERNE H. SPEIRS
                        Assistant United States Attorney
                        131 Clayton Street
                        Montgomery, Alabama 36104
                        (334) 223-7280
                        (334) 223-7138 Fax
                        verne.speirs@usdoj.gov
```