IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v | ) | CRIMINAL ACTION NO. |
| | ) | 3:07CR256-MHT |
| HOWARD JAMES SMITH | ) | |

# **ORDER**

Upon consideration of the United States's *Renewed Motion for Mental Competency Examination* . . . (Doc. #34; filed March 12, 2008), it is hereby

**ORDERED** that the **Defendant file a response by March 19, 2008** to show any cause why the motion should not be granted.

Done this 14th day of March, 2008.

/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE