FILED
MAR 14 2008
CLERK
U. S. DISTRICT COURT
MIDDLE DIST. OF ALA.

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.  ) | CR. NO. 3:07cr256-MHT |
| ) | [ 21 USC 846; |
| ) | 21 USC 841(a)(1); |
| HOWARD JAMES SMITH ) | 18 USC 924(c)(1)(A)(ii)] |
| aka "Julio", ) | |
| ARTHUR RAY SMITH ) | |
| aka "Blade" and, ) | **SUPERCEDING INDICTMENT** |
| JERMAINE COREY ROBINSON ) | |

The Grand Jury charges:

## COUNT 1

Beginning in or about October 2005 and continuing up to approximately January 2007, the exact dates being unknown to the Grand Jury, in Montgomery County and elsewhere, within the Middle District of Alabama,

HOWARD JAMES SMITH, aka "Julio",
ARTHUR RAY SMITH, aka "Blade", and
JERMAINE COREY ROBINSON,

did knowingly and intentionally conspire, combine and agree together and with others both known and unknown to the Grand Jury to distribute and possess with intent to distribute 500 grams or more of a mixture or substance containing a detectable amount of cocaine hydrochloride more commonly referred to as "powder cocaine," and 5 grams or more of a mixture or substance containing a detectable amount of cocaine base more commonly referred to as "crack cocaine" both Schedule II Controlled Substance, in violation of Title 21, United States Code, Section 841(a)(1). All in violation of Title 21, United States Code, Section 846.

## COUNT 2

On or about October 26, 2005, in Macon County, within the Middle District of Alabama,

**HOWARD JAMES SMITH, aka "Julio",**
and
**JERMAINE COREY ROBINSON,**

defendants herein, each aided and abetted by the other, and others known and unknown to the Grand Jury, did knowingly and intentionally distribute and possess with intent to distribute 5 grams or more of a mixture or substance containing a detectable amount of cocaine base or "crack cocaine", a Schedule II Controlled Substance, all in violation of Title 21, United States Code, Section 841(a)(1), and Title 18, United States Code, Section 2.

## COUNT 3

On or about November 18, 2005, in Macon County, within the Middle District of Alabama,

**HOWARD JAMES SMITH,**
aka "Julio",

defendant herein, did knowingly and intentionally distribute 50 grams or more of a mixture or substance containing a detectable amount of cocaine base or "crack cocaine," a Schedule II Controlled Substance, in violation of Title 21, United States Code, Section 841(a)(1).

## COUNT 4

In or about January 2007, the exact date being unknown to the Grand Jury, in Montgomery County, within the Middle District of Alabama,

> HOWARD JAMES SMITH, aka "Julio"
> and,
> ARTHUR RAY SMITH, aka "Blade",

defendants herein, did knowingly and intentionally possess with intent to distribute 500 grams or more of a mixture or substance containing a detectable amount of cocaine hydrochloride or "powder cocaine," a Schedule II Controlled Substance, in violation of Title 21, United States Code, Section 841(a)(1) and Title 18 United States Code, Section 2.

## COUNT 5

In or about January 2007, a better date unknown to the Grand Jury, in Montgomery County, within the Middle District of Alabama,

> HOWARD JAMES SMITH,
> aka "Julio",

defendant herein, knowingly used and carried a firearm during and in relation to, and possessed a firearm in furtherance of, a drug trafficking crime for which he may be prosecuted in a Court of the United States, to-wit: conspiracy to possess and possession with intent to distribute 500 grams or more a mixture or substance containing a detectable amount of cocaine hydro chloride or "powder cocaine" as charged in Counts 1 and 4 of this indictment, in violation of Title 18, United States Code, Section 924(c)(1)(A)(ii).

## FORFEITURE ALLEGATION

A.   Counts 1 through 5 of this superseding indictment are hereby repeated and incorporated herein by reference.

B.   Upon conviction for the violations alleged in Counts 1, 2, 3 or 4 of this superseding indictment, the defendants,

> HOWARD JAMES SMITH, aka "Julio",
> ARTHUR RAY SMITH, aka "Blade," and
> JERMAINE COREY ROBINSON,

shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853, any and all property constituting or derived from any proceeds the said defendants obtained directly or indirectly as a result of the said violation and any and all property used or intended to be used in any manner or part to commit and to facilitate the commission of the violation alleged in Counts 1 through 4 of this indictment.

C.   If any of the forfeitable property described in this forfeiture allegation, as a result of any act or omission of the defendants:

(1) cannot be located upon the exercise of due diligence;

(2) has been transferred or sold to, or deposited with, a third person;

(3) has been placed beyond the jurisdiction of the Court;

(4) has been substantially diminished in value; or,

(5) has been commingled with other property which cannot be divided without difficulty, the United States, pursuant to Title 21, United States Code, Section 853, as incorporated by Title 28, United States Code, Section 2461(c), intends to seek an Order of this Court forfeiting

any other property of said defendants up to the value of the property described in the above paragraphs.

A TRUE BILL:

/s/ Marie A. Hoeling
Foreperson

/s/ Leura G. Canary
LEURA G. CANARY
United States Attorney

/s/ Tommie Brown Hardwick
Tommie Brown Hardwick
Assistant United States Attorney

/s/ Verne H. Speirs
Verne H. Speirs
Assistant United States Attorney

5