IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | * |
| | * |
|     PLAINTIFF, | * |
| | * |
| v. | * CASE NO. 3:07cr 00256-MHT-TFM-1 |
| | * |
| HOWARD JAMES SMITH, | * |
| | * |
|     DEFENDANT. | * |

**RESPONSE TO THE GOVERNMENT'S MOTION FOR MENTAL EVALUATION**

    Comes now Howard James Smith, by and through undersigned counsel, and files this his response in opposition to the Government's request for an in-patient Bureau of Prisons Mental Evaluation and, in support thereof, states the following:

    1. Counsel has articulated to the Court on numerous occasions that Smith is completely capable of assisting counsel in his defense and has done so. Smith understands the judicial process and the individual and respective roles of those involved in the process. He also understands his role as a defendant.

    2. The undersigned introduced evidence of Smith's mental illness at his detention hearing to explain past conduct that was likely to cause the Court concern in releasing him. Counsel did not offer this evidence in support of a competency issue nor has counsel filed an insanity plea.

    3. At the Government's insistence, Smith was evaluated by Guy Renfro, Ph.D., Clinical Psychologist. Renfro has provided a report to the Court, which the Government has attached as an exhibit under seal, to its request for further mental evaluation. The undersigned has spoken with Dr. Renfro and understands that his position, for the most part, was that Smith may have been malingering. Further, when the competency evaluation was performed on Smith, he was incarcerated at the Montgomery City Jail, experiencing anxiety, and not on needed medication for his paranoid schizophrenia.

    4. The Government contends that Renfro's report is inconclusive in regard to competency.

Counsel does not read the report to suggest the same. In fact, counsel reads the report to suggest that Smith did understand the legal process and that he was competent to stand trial. Renfro did not provide any strong language to suggest otherwise.

 5. The Government seeks to have Smith placed in a Bureau of Prisons facility to determine his competency. This would be punitive in nature, particularly given that Smith is currently on bond and has been without incident. The Court should be reminded that the offense giving rise to the indictment in this case is alleged to have occurred in November of 2005. It was approximately two years later that the Government even sought an indictment in what they now contend is such a serious case. After Smith was indicted in November of 2007, he was not sought by law enforcement and it was not until he learned through the Social Security Administration that his benefits had been discontinued, that he contacted counsel and turned himself in. Smith is a life-long resident of Montgomery County and poses no danger to the community.

 6. Should this Court decide that further mental evaluation is necessary, such can be done by other mental health professionals within this community. While Smith does not concede that he needs further mental evaluation, if the Court deems the same necessary, Smith would request that it be done in the local community, even if it were done on a temporary in-house basis at one of the State mental health facilities and/or a private facility assuming they would accept Medicaid.

 7. Further, the undersigned respectfully requests that the Court hear testimony from Dr. Renfro at the scheduled March 20, 2008 hearing on this matter.

 Respectfully submitted,

   s/Susan G. James
   SUSAN G. JAMES
   Attorney at Law
   600 South McDonough Street
   Montgomery, Alabama 36104
   Phone: (334) 269-3330
   Fax: (334) 834-0353
   E-mail: sgjamesandassoc@aol.com
   Bar No: ASB7956J64S

**CERTIFICATE OF SERVICE**

I hereby certify that on March 18, 2008 I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Verne Speirs
Assistant United States Attorney
P.O. Box 197
Montgomery, AL 36101

Respectfully submitted,

s/Susan G. James
SUSAN G. JAMES
Attorney at Law
600 South McDonough Street
Montgomery, Alabama 36104
Phone: (334) 269-3330
Fax: (334) 834-0353
E-mail: sgjamesandassoc@aol.com
Bar No: ASB-7956-J64S