IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v | ) | CRIMINAL ACTION NO. |
| | ) | 3:07CR256-MHT |
| HOWARD JAMES SMITH | ) | |

### ORDER

Pending before the Court are several motions some of which have already been addressed. As such, for good cause, it is **ORDERED** as follows:

(1) The Government's *Motion for Mental Competency Examination* (Doc. 13, filed February 13, 2008) is **GRANTED** pursuant to the Order issued February 20, 2008 (Doc. 25, Order).

(2) Defendant's *Motion to Reopen Detention* (Doc. 21, filed February 15, 2008) is **GRANTED** pursuant to the Order issued February 28, 2008 (Doc. 29, Order Setting Conditions of Release).

(3) Defendant's *Motion for Court Order Directing United States Marshal Service to Transport Smith to the Montgomery Mental Health Authority for Purposes of Obtaining Medication for his Mental Illness* (Doc. 22, filed February 15, 2008) is **DENIED as moot** pursuant to the Order issued February 28, 2008 (Doc. 29).

(4) The *Motion to Seal Exhibit A* (Doc. 34, filed March 12, 2008) is **GRANTED**. The *Renewed Motion for Mental Competency Examination* (Doc. 34) is still

outstanding and will be reviewed at the hearing on March 20, 2008. *See* Doc. 35, Order.

DONE this 18th day of March, 2008.

/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATE MAGISTRATE JUDGE