IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| v. ) | CR. NO. 3:07cr256-MHT |
| ) | |
| **HOWARD JAMES SMITH** ) | |
| **aka "Julio"** ) | |

**NOTICE OF BILL OF PARTICULARS FOR FORFEITURE OF PROPERTY**

COMES NOW the United States Attorney's Office for the Middle District of Alabama, by and through the undersigned Assistant United States Attorney, and hereby files the following Bill of Particulars:

Through the violations of Title 21, United States Code, Section 841(a)(1) as alleged in Counts 1, 2 and 3 of the superseding indictment, which are punishable by imprisonment of more than one year, the United States seeks forfeiture of the following property pursuant to Title 21, United States Code, Section 853:

Real property located at 319 Sandusky Road, Montgomery, Alabama, Alabama 36117, more particularly described as follows:

Lot 27, according to the Map of Eastwood Villa Plat #5, as said Map appears of record in the Office of the Judge of Probate of Montgomery County, Alabama, in Plat Book 23, at Page 121.

Respectfully submitted this 20th day of March, 2008.

                LEURA G. CANARY
                UNITED STATES ATTORNEY


                **/s/Tommie Brown Hardwick**
                TOMMIE BROWN HARDWICK
                Assistant United States Attorney
                Bar Number: ASB4152 W86T
                131 Clayton Street
                Montgomery, Alabama 36104
                Phone: (334) 223-7280
                Fax: (334) 223-7135
                E-mail: tommie.hardwick@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on March 20, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

                Respectfully submitted,


                **/s/Tommie Brown Hardwick**
                TOMMIE BROWN HARDWICK
                Assistant United States Attorney