IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | * |
| | * |
| PLAINTIFF, | * |
| | * |
| v. | * CASE NO. 3:07cr 00256-MHT-TFM-1 |
| | * |
| HOWARD JAMES SMITH, | * |
| | * |
| DEFENDANT. | * |

### MOTION TO EXCLUDE TESTIMONY OF EXPERT

Comes now Howard James Smith, by and through undersigned counsel, and files this his motion to exclude the testimony of Roy Bradford as an expert witness regarding alleged "Social Security Fraud" committed by the defendant and, in support thereof, states the following:

1. The Government has filed a 404(b) motion indicating a desire to present to the jury evidence of uncharged Social Security fraud. A separate motion in opposition to the 404(b) evidence will be filed.

2. Further, the undersigned is in receipt of a letter from the Honorable Verne Speirs, Assistant United States Attorney, dated March 17, 2008, wherein he indicated that Mr. Roy Bradford will be called as an expert witness at the trial of Mr. Howard Smith, who is expected to be tried on April 9, 2008 on a drug-related offense. This evidence is not relevant and is more prejudicial than probative. The evidence would be offered simply to show bad character and allegations of uncharged criminal offenses so as to place Mr. Smith in a bad light in front of the jury.

3. Wherefore the undersigned respectfully requests that the Court bar the Government from calling Mr. Bradford to testify as an expert in Social Security law and about alleged violations in this case.

4. While the Government may well have the right to question Mr. Smith about his Social Security status and his disability, to go beyond that and try to prove allegations of Social Security

fraud and of Social Security policy is highly irrelevant to the charges in this case and would be a violation of the Federal Rule of Evidence 403.

Respectfully submitted,

> s/Susan G. James
> SUSAN G. JAMES
> Attorney at Law
> 600 South McDonough Street
> Montgomery, Alabama 36104
> Phone: (334) 269-3330
> Fax: (334) 834-0353
> E-mail: sgjamesandassoc@aol.com
> Bar No: ASB7956J64S

### CERTIFICATE OF SERVICE

I hereby certify that on March 20, 2008 I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Verne Speirs
Assistant United States Attorney
P.O. Box 197
Montgomery, AL 36101

Respectfully submitted,

> s/Susan G. James
> SUSAN G. JAMES
> Attorney at Law
> 600 South McDonough Street
> Montgomery, Alabama 36104
> Phone: (334) 269-3330
> Fax: (334) 834-0353
> E-mail: sgjamesandassoc@aol.com
> Bar No: ASB-7956-J64S