IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| | * | |
| PLAINTIFF, | * | |
| | * | |
| v. | * | CRIMINAL NO. 3:07cr 256-MHT |
| | * | |
| HOWARD JAMES SMITH, | * | |
| | * | |
| DEFENDANT. | * | |

## MOTION IN LIMINE (2)

Comes now Howard James Smith, by and through undersigned counsel, and files this his motion in limine to preclude the Government from making any reference to his residence being worth $387,000 and his alleged Social Security Fraud and, in support thereof, states the following:

1. The Government has made clear that it plans to offer, at trial, evidence of unexplained wealth of Howard Smith including, but not limited to a house with an estimated value of $387,000. Smith has provided the Government, in a reciprocal discovery, proof of insurance proceeds from fire damage and building receipts that show his residence, which is located in a very modest and low income neighborhood in Waugh, Alabama, was built with legitimate funds. The Government contends that Smith has committed Social Security Fraud and that his house was built with drug money. The Government does not have proof of either. Any failure to report to the Social Security Administration can be explained based on Smith's lack of understanding of the Social Security regulations and his disability. To inject these things into the trial of this case would simply be a red herring attempt to divert the jury away from the Government's case

involving a questionable and suspect informant and alleged drug deal.

        Respectfully submitted,

                s/Susan G.  James
                SUSAN G.  JAMES
                Attorney at Law
                600 South McDonough Street
                Montgomery, Alabama 36104
                Phone: (334) 269-3330
                Fax: (334) 834-0353
                E-mail: sgjamesandassoc@aol.com
                Bar No: ASB7956J64S

## CERTIFICATE OF SERVICE

        I hereby certify that on March 20, 2008 I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

        Verne Speirs
        Assistant United States Attorney
        P.O. Box 197
        Montgomery, AL 36101

Respectfully submitted,

                s/Susan G.  James
                SUSAN G.  JAMES
                Attorney at Law
                600 South McDonough Street
                Montgomery, Alabama 36104
                Phone: (334) 269-3330
                Fax: (334) 834-0353
                E-mail: sgjamesandassoc@aol.com
                Bar No: ASB-7956-J64S