IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

```
UNITED STATES OF AMERICA    )
                            )
     v.                     )   CRIMINAL ACTION NO.
                            )      3:07cr256-MHT
HOWARD JAMES SMITH          )
```

### ORDER

It is ORDERED that the motion to exclude testimony of expert (Doc. No. 47) is set for submission, without oral argument, on April 2, 2008, with all briefs due by said date.

DONE, this the 24th day of March, 2008.

        /s/ Myron H. Thompson
    UNITED STATES DISTRICT JUDGE