IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL ACTION NO. |
| | ) | 3:07cr256-MHT |
| HOWARD JAMES SMITH | ) | |

## ORDER

It is ORDERED that the motion in limine (Doc. No. 50) is set for submission, without oral argument, on April 2, 2008, with all briefs due by said date.

DONE, this the 24th day of March, 2008.


                 /s/ Myron H. Thompson
            UNITED STATES DISTRICT JUDGE