IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | CRIMINAL ACTION NO. |
| | ) | 3:07cr256-MHT |
| **HOWARD JAMES SMITH** | ) | |

<u>ORDER</u>

It is ORDERED that the notice of objection (Doc. No. 51) is treated as a motion in limine and said motion is set for submission, without oral argument, on April 2, 2008, with all briefs due by said date.

DONE, this the 24th day of March, 2008.

　　　　　　　　　　　　　　 /s/ Myron H. Thompson
　　　　　　　　　　　　　**UNITED STATES DISTRICT JUDGE**