IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

RECEIVED
2008 MAR 26  A 9: 01

UNITED STATES OF AMERICA,
    PLAINTIFF,

CASE NO. 3:07CR256-MHT

v.

HOWARD JAMES SMITH,
    DEFENDANT.

## NOTICE OF APPEARANCE

Comes now Denise A. Simmons and gives this her Notice of Appearance on behalf of the defendant Howard James Smith in the above referenced case.

Respectfully submitted this the 26th March 2008

_____
Attorney at Law
SUSAN G. JAMES &ASSOCIATES
600 S. McDonough Street
Montgomery, Alabama 36104
Phone (334) 269-3330
Fax: (334) 263-4888
E-mail: Dsimlaw@aol.com
Bar No. ASB5019I32D

## CERTIFICATE OF SERVICE

I hereby certify that on March 26, 2008 I filed the foregoing with the Clerk of Court and a copy of said document to the following:

Verne H. Speirs
Assistant United States Attorney
P.O. Box 197
Montgomery, Alabama 36101

_____
Of Counsel