IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 3:07cr256-MHT |
| | ) | |
| HOWARD JAMES SMITH | ) | |

MOTION TO CONTINUE TRIAL

Comes now the United States of America, by and through Leura G. Canary, United States Attorney for the Middle District of Alabama, and submits this Motion to Continue Trial. As grounds, the United States sets forth the following:

1) The trial of this matter is currently set for April 9, 2008.

2) On March 14, 2008, a Grand Jury sitting in the Middle District of Alabama returned a Superseding Indictment alleging four additional charges and naming two additional co-defendants to this case.

3) On March 28, 2008, the United States provided superseding discovery to Defendant Jermaine Robinson and Defendant Howard Smith. To date, Defendant Arthur Ray Smith has not been located or arrested. Trial of Defendant Howard Smith without including his co-defendants would compromise judicial resources.

4) Currently pending before this Honorable Court is the government's renewed motion that Defendant Howard Smith be evaluated by the United States Bureau of Prisons to determine his competency to stand trial. Defendant Smith has presented evidence that he has previously been diagnosed and treated for paranoid schizophrenia and mild retardation. To date, Dr. Guy Renfro has found that there

is "**no substantive evidence establishing that Howard Smith is competent to stand trial**." Understandably, the United States seeks final resolution of Defendant Howard Smith's competency to stand trial prior to April 9, 2008.

5) On March 21, 2008, the government received notice that Defendant Howard Smith may seek to offer expert testimony of a "linguist." The government has not received any expert report or summary of expert "linguist" testimony. Should Defendant Howard Smith proffer expert "linguist" testimony, the government expects to have its own expert review any reports or findings.

6) Attorney Susan James has recently filed with this Honorable Court a notice of conflict with another case set for trial the week of April 9, 2008.

7) Defendant Howard Smith is not currently in custody and would not suffer any prejudice by a continuance of this matter.

8) Undersigned counsel has been unsuccessful in reaching Attorney Susan James to determine if she opposes this motion.

In light of the aforementioned, and specifically noting the unresolved mental competency issues of Defendant Howard Smith, the United States respectfully requests that the trial of this matter be continued to the June 23, 2008, trial term.

Respectfully submitted this the 28th day of March, 2008.

                                      LEURA G. CANARY
                                      UNITED STATES ATTORNEY

                                      /s/ Verne H. Speirs
                                      VERNE H. SPEIRS
                                      131 Clayton Street
                                      Montgomery, Alabama 36104
                                      Phone: (334) 223-7280
                                      Fax: (334) 223-7135
                                      verne.speirs@usdoj.gov

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CR. NO. 3:07cr256-MHT |
| ) | |
| HOWARD JAMES SMITH ) | |

CERTIFICATE OF SERVICE

I hereby certify that on March 28, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Susan James.

Respectfully submitted,

LEURA G. CANARY
UNITED STATES ATTORNEY

/s/ Verne H. Speirs
VERNE H. SPEIRS
131 Clayton Street
Montgomery, Alabama 36104
Phone: (334) 223-7280
Fax: (334) 223-7135
verne.speirs@usdoj.gov