IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| | ) |
| vs. | )   CR. NO.:  3:07CR256-MHT |
| | ) |
| | ) |
| HOWARD JAMES SMITH | ) |

**ORDER**

For good cause, it is **ORDERED** that arraignment of the defendant be and is hereby scheduled for **April 1, 2008 at 3:00 p.m. in  courtroom 4A**, before **United States Magistrate Judge Terry F. Moorer**, Frank M. Johnson, Jr United States Courthouse Complex, One Church Street, Montgomery, Alabama.  If the defendant is in custody, the United States Marshal or the person having custody of the defendant shall produce the defendant for the proceeding.

DONE this 28th day of March, 2008.

/s/ Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE