IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL ACTION NO. |
| | ) | 3:07cr256-MHT |
| HOWARD JAMES SMITH | ) | |

## ORDER

It is ORDERED that the following matters are set for hearing on April 2, 2008, at 10:00 a.m. at the Frank M. Johnson, Jr. United States Courthouse Complex, Courtroom 2FMJ, One Church Street, Montgomery, Alabama: (1) whether defendant Howard James Smith is competent to stand trial; and (2) the government's motion to continue trial (Doc. No. 64).

DONE, this the 31st day of March, 2008.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE