IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v | ) | CRIMINAL ACTION NO. |
| | ) | 3:07CR256-MHT |
| HOWARD JAMES SMITH | ) | |

# **ORDER**

Having conducted a hearing on the United States's *Renewed Motion for Mental Competency Examination . . .* (Doc. #34; filed March 12, 2008), the Court

**DENIES** the motion as moot in light of the second psychological evaluation of Defendant Smith.

Done this 2nd day of April, 2008.

/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE