IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | * |
| | * |
|    PLAINTIFF, | * |
| | * |
| v. | * CRIMINAL NO. 3:07cr 256-MHT |
| | * |
| HOWARD JAMES SMITH, | * |
| | * |
|    DEFENDANT. | * |

## MOTION IN LIMINE (3)

Comes now, Howard Smith, by and through undersigned counsel, and files this his third motion in limine and, in support thereof, states the following:

1. The undersigned has received discovery from AUSA Verne Speirs that relates to Jennifer Smith, the wife of Howard Smith, indicating that in the year 2004, she purchased a Mercedes automobile.

2. The undersigned assumes that the Government has obtained this discovery and plans to utilize the information to show unexplained wealth of Howard Smith.

3. It would be improper to use evidence as relates to Howard Smith's wife as evidence of unexplained wealth in his case or any other relevant facts as relate to his prosecution. Ms. Smith has not been charged with a crime and anything that she may have done while married to Mr. Smith is irrelevant for purposes of the trial of Howard Smith.

4. Wherefore it is respectfully requested that this Court prohibit the Government from using any evidence to Jennifer Smith's purchase of a Mercedes automobile in the year 2004.

Respectfully submitted,

        s/Susan G. James
        SUSAN G. JAMES
        Attorney at Law
        600 South McDonough Street
        Montgomery, Alabama 36104
        Phone: (334) 269-3330
        Fax: (334) 834-0353

      E-mail: sgjamesandassoc@aol.com
      Bar No: ASB7956J64S

## CERTIFICATE OF SERVICE

      I hereby certify that on April 2, 2008 I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Verne Speirs
Assistant United States Attorney
P.O. Box 197
Montgomery, AL 36101

Respectfully submitted,

      s/Susan G. James
      SUSAN G. JAMES
      Attorney at Law
      600 South McDonough Street
      Montgomery, Alabama 36104
      Phone: (334) 269-3330
      Fax: (334) 834-0353
      E-mail: sgjamesandassoc@aol.com
      Bar No: ASB