IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | * |
| | * |
| PLAINTIFF, | * |
| | * |
| v. | * CASE NO. 3:07cr 00256-MHT-TFM-1 |
| | * |
| HOWARD JAMES SMITH, | * |
| | * |
| DEFENDANT. | * |

**MOTION FOR ENLARGEMENT OF TIME**

Comes now the defendant Howard James Smith, by and through undersigned counsel, and files this his motion for an enlargement of time in which to file his reply brief and, in support of states the following:

1. A brief in response to the motions in limine is due in this case on April 3, 2008.

2. Counsel had been present in court all week in the jury trial of *State of Alabama v. Chris Maturi*, Case No. 07-1499, Circuit Court of Montgomery County, and has not had sufficient time in which to complete the brief in response to the motions in limine.

3. Counsel attempted to speak with AUSA Verne Speirs concerning any objection he might have with this motion, but received no response before the motion was filed.

4. Counsel's law partner, Denise Simmons was scheduled for an appearance in court in Pike County today and was unable to assist in this matter.

5. Counsel apologizes for the need for this request. The unanticipated length of time involved in the *Maturi* trial this week has made it impossible to finish the brief for submission.

6. Wherefore, it is respectfully requested that this Court allow for an additional 14 days in

which to complete the brief in response to the motions in limine in this case for submission.

Respectfully submitted,

>s/Susan G. James
>SUSAN G. JAMES
>Attorney at Law
>600 South McDonough Street
>Montgomery, Alabama 36104
>Phone: (334) 269-3330
>Fax: (334) 834-0353
>E-mail: sgjamesandassoc@aol.com
>Bar No: ASB7956J64S

## CERTIFICATE OF SERVICE

I hereby certify that on April 2, 2008 I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Verne Speirs
Assistant United States Attorney
P.O. Box 197
Montgomery, AL 36101

Respectfully submitted,

>s/Susan G. James
>SUSAN G. JAMES
>Attorney at Law
>600 South McDonough Street
>Montgomery, Alabama 36104
>Phone: (334) 269-3330
>Fax: (334) 834-0353
>E-mail: sgjamesandassoc@aol.com
>Bar No: ASB-7956-J64S