IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL ACTION NO. |
| | ) | 3:07cr256-MHT |
| HOWARD JAMES SMITH | ) | |

## ORDER

It is ORDERED as follows:

(1) Defendant Howard James Smith's oral motion to continue is granted.

(2) The motions in limine (Doc. Nos. 47, 50, & 51) are reset for submission, without oral argument, on April 18, 2008, with all briefs due by said date.

DONE, this the 2nd day of April, 2008.

       /s/ Myron H. Thompson
    **UNITED STATES DISTRICT JUDGE**