IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL ACTION NO. |
| | ) |    3:07cr256-MHT |
| HOWARD JAMES SMITH | ) | |

<u>ORDER</u>

It is ORDERED that the motion in limine (Doc. No. 71) is set for submission, without oral argument, on April 18, 2008, with all briefs due by said date.

DONE, this the 2nd day of April, 2008.

          /s/ Myron H. Thompson
     **UNITED STATES DISTRICT JUDGE**