| U.S. Department of Justice | PROCESS RECEIPT AND RETURN |
|---|---|
| United States Marshals Service | *See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form* |

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| UNITED STATES OF AMERICA | 3:07cr256-MHT |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| HOWARD JAMES SMITH aka "JULIO" | NOTICE OF LIS PENDENS |

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
MONTGOMERY COUNTY JUDGE OF PROBATE

ADDRESS (Street or RFD, Apartment No., City, State, and ZIP Code)
POST OFFICE BOX 223 - MONTGOMERY, ALABAMA 36104

SEND NOTICE OF SERVICE TO REQUESTER AT NAME AND ADDRESS BELOW:

Tommie Brown Hardwick
United States Attorney's Office
Assistant United States Attorney
Post Office Box 197
Montgomery, Alabama 36101-0197

| Number of process to be served with this Form - 285 | 1 |
| Number of parties to be served in this case | |
| Check for service on U.S.A. | |

...THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Address, All...)

**PS Form 3811, February 2004 — Domestic Return Receipt**

SENDER: COMPLETE THIS SECTION
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Montgomery Co. Judge of Probate
100 S. Lawrence St.
Montgomery, AL 36104

2. 7001 1140 0001 8579 7261

COMPLETE THIS SECTION ON DELIVERY
A. Signature X [signature] ☐ Agent ☐ Addressee
B. Received by (Printed Name) Tommie Johnson   C. Date of Delivery 3-25-08
D. Is delivery address different from item 1? ☐ Yes  If YES, enter delivery address below: ☐ No

3. Service Type: ☒ Certified Mail ☐ Express Mail ☐ Registered ☒ Return Receipt for Merchandise ☐ Insured Mail ☐ C.O.D.
4. Restricted Delivery? (Extra Fee) ☐ Yes

Sandusky

| PHONE NUMBER | DATE |
|---|---|
| (334) 223-7280 | 3/20/08 |

...d USMS Deputy or Clerk — [signature] — Date 3/20/08

...d as shown in "Remarks", the process described on ...n, etc., shown at the address inserted below.

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

| Date of Service | Time | |
|---|---|---|
| 3/31/08 | 12:26 | pm |

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount Owed to US Marshal or | Amount or Refund |
|---|---|---|---|---|---|---|
| 45.00 | | 8.00 | 53.00 | | | |

REMARKS: 3/24/08 C.M. # 7001 1140 0001 8579 7261
4/3/08 Received green card signed "Tommie Johnson"
3/31/08 Received recorded copy

RETURNED AND FILED
APR -9

PRIOR EDITIONS MAY BE USED

FORM USM 285 (Rev. 12/15/80)

CLERK
U. S. DISTRICT COURT
MIDDLE DIST. OF ALA.

BLPY 03730 PAGE 0542

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

2008 MAR 31 P 12: 26

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.                        ) | CR. NO. 3:07cr256-MHT |
| ) | |
| HOWARD JAMES SMITH        ) | |
| aka "Julio"               ) | |

### NOTICE OF LIS PENDENS/LEVY

GRANTEES: Jennifer Denise Smith
Howard James Smith
Mack Brown

TO: ALL PERSONS WHO MAY CLAIM BY, THROUGH, OR UNDER THE DEFENDANT AND/OR THE GRANTEE any interest in the real property described in this Notice of Lis Pendens/Levy.

NOTICE IS HEREBY GIVEN, pursuant to the provisions of Code of Alabama (1975) Sections 35-4-131 and 132, as made applicable hereto by the provisions of Title 28, United States Code, Section 1964, that on March 14, 2008, a SUPERSEDING INDICTMENT was returned by a Grand Jury sitting in the Middle District of Alabama charging the above Howard James Smith aka "Julio" with violations of Title 21, United States Code, Section 841 and Title 21, United States Code, Section 846, more particularly, charging in the FORFEITURE ALLEGATION of the SUPERSEDING INDICTMENT, pursuant to Title 21, United States Code, Section 853, that the following described real property, together with all appurtenances and improvements thereto, has become, and is condemned and forfeited to, the United States of America under the

provisions of Title 21, United States Code, Sections 841, 846, and 853:

> Real property located at 319 Sandusky Road, Montgomery, Alabama, Alabama 36117, more particularly described as follows:
>
> Lot 27, according to the Map of Eastwood Villa Plat #5, as said Map appears of record in the Office of the Judge of Probate of Montgomery County, Alabama, in Plat Book 23, at Page 121.

Said property belonging to Jennifer Denise Smith, Howard James Smith and Mack Arthur Brown as shown by Deed dated January 13, 1995, and recorded at Deed Book 1537, Page 939, of the Land Records of Montgomery County, Alabama.

FURTHER NOTICE IS HEREBY GIVEN that the provisions of Title 21, United States Code, Section 853(k) prohibit any claimant to the described property from (1) intervening in the trial or appeal of the criminal case, or (2) commencing an action at law or equity against the United States concerning the validity of any alleged interest subsequent to the indictment, except as provided by the provisions of Title 21, United States Code, Section 853(n), following the entry of any order of forfeiture.

Done this 20th day of March, 2008.

*/s/ Tommie Brown Hardwick*
TOMMIE BROWN HARDWICK
Assistant United States Attorney

2

Address of Counsel:

United States Attorney's Office
Middle District of Alabama
Post Office Box 197
Montgomery, Alabama 36101-0197
Telephone: (334) 223-7280
Facsimile: (334) 223-7560
E-mail: tommie.hardwick@usdoj.gov

3



STATE OF ALA.
MONTGOMERY CO.
I CERTIFY THIS INSTRUMENT
WAS FILED ON
RLPY 03730 PG 0542-0544 2008 Mar 26
09:52AM
REESE MCKINNEY JR.
JUDGE OF PROBATE

| | |
|---|---|
| INDEX | $7.00 |
| REC FEE | $7.50 |
| CERT | $1.00 |
| CHECK TOTAL | $15.50 |
| 73323 | Clerk: LESLIE 09:52AM |