IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| VS. | )   3:07-cr-00256-MHT-TFM |
| | ) |
| HOWARD SMITH, | ) |
| | ) |
| | ) |
| Defendant. | ) |

NOTICE OF APPEARANCE OF COUNSEL

**TO:**   CLERK UNITED STATES DISTRICT COURT MS. DEBRA P. HACKETT
MIDDLE DISTRICT OF ALABAMA
P.O.BOX 711
MONTGOMERY, AL 36101-0711

**DATED:**   April 11, 2008

    Please enter my appearance as counsel for the Defendant, Howard Smith, in the above styled case.

Respectfully submitted,

/s/ Glennon F. Threatt
Glennon F. Threatt, Esq. (THR011)
Threatt & Blocton, LLC
2 North Twentieth Street, Ste. 920
Birmingham, Alabama 35203
(205) 251-8747
(205) 251-2676 (fax)

**CERTIFICATE OF SERVICE**

     I hereby certify that on this the <u>11th</u> day of <u>April</u>, 2008, the above Notice of Appearance was electronically filed with the Clerk of Court using the CM/ECF system which will send notification of such filing to all parties.

                                  <u>**/s/ Glennon F. Threatt**</u>
                                  GLENNON F. THREATT