```
           IN THE UNITED STATES DISTRICT COURT
          FOR THE MIDDLE DISTRICT OF ALABAMA
                     EASTERN DIVISION
```

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | * |
| | * |
| **Plaintiff,** | * |
| | * |
| **V.** | * CR. NO. |
| **HOWARD JAMES SMITH,** | * 3:07CR256-MHT |
| | * |
| **Defendant.** | * |

**LIMITED NOTICE OF ATTORNEY APPEARANCE-DEFENDANT**

Come now Jeffery C. Duffey and enters his limited appearance as counsel for defendant Howard James Smith for the limited purpose of standing in for defendant's attorney Susan G. James at a hearing to be held on Friday April 25, 2008 at 4:00 pm regarding defendant's request for removal of electronic monitoring device.

Respectfully submitted this 24th day of April, 2008.

s/Jeffery C. Duffey
JEFFERY C. DUFFEY
Attorney for Defendant
600 South McDonough Street
Montgomery, AL  36104
Phone: 334-834-4100
Fax: 334-834-4101
email: jcduffey@aol.com
Bar No.  ASB7699F67J

**CERTIFICATE OF SERVICE**

I hereby certify that on April 24, 2008, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record.

                                  Respectfully submitted,


                                  s /Jeffery C. Duffey
                                  JEFFERY C.  DUFFEY
                                  Attorney for Defendant