IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v | ) | CRIMINAL ACTION NO. |
| | ) | 3:07CR256-MHT |
| HOWARD JAMES SMITH | ) | |

# **ORDER**

Upon consideration of Defendant Howard Smith's *pro se Motion to Dismiss Indictment for Lack of Subject Matter Jurisdiction . . .* , with attachment, and in light of this Court's rule against accepting filings from represented parties, it is hereby

**ORDERED** that the *Motion* not be accepted for filing by the Clerk of Court.

Done this 22nd day of July, 2008.

/s/ Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE