IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | |
| | ) | CR. NO. 3:07-cr-256-MHT |
| **HOWARD JAMES SMITH, et al** | ) | |
| | ) | |

### UNITED STATES' MOTION TO SUBSTITUTE COUNSEL

Comes now the United States of America, by and through Leura G. Canary, United States Attorney for the Middle District of Alabama, and moves this Court to substitute Assistant United States Attorney Susan R. Redmond as counsel of record for the United States of America in this matter in place of Assistant United States Attorney Verne H. Speirs.

Respectfully submitted this the 19th day of August, 2008.

LEURA G. CANARY
UNITED STATES ATTORNEY

/s/ Susan R. Redmond
SUSAN R. REDMOND
Assistant United States Attorney
131 Clayton Street
Montgomery, Alabama 36104-3429
(334) 223-7280
(334) 223-7138 fax
susan.redmond@usdoj.gov

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | |
| ) | CR. NO. 3:07-cr-256-MHT |
| HOWARD JAMES SMITH, et al ) | |
| ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on August 19, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Susan G. James, Esquire; Glennon F. Threatt, Esquire; Paul R. Cooper, Esquire; and Donnie W. Bethel, Esquire.

Respectfully submitted,

/s/ Susan R. Redmond
SUSAN R. REDMOND
Assistant United States Attorney
131 Clayton Street
Montgomery, Alabama 36104-3429
(334) 223-7280
(334) 223-7138 fax
susan.redmond@usdoj.gov