IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

```
UNITED STATES OF AMERICA     )
                             )
    v.                       )   CRIMINAL ACTION NO.
                             )      3:07cr256-MHT
HOWARD JAMES SMITH           )
ARTHUR RAY SMITH             )
JERMAINE COREY ROBINSON      )
```

## ORDER

It is ORDERED that the motion to substitute (doc. no. 103) is granted.

DONE, this the 21st day of August, 2008.

                                /s/ Myron H. Thompson
                            UNITED STATES DISTRICT JUDGE