IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v | ) | CRIMINAL ACTION NO. |
| | ) | 3:07CR256-MHT |
| HOWARD JAMES SMITH | ) | |

# **ORDER**

Upon consideration of Defendant Howard Smith's *Motion to Dismiss Indictment for Lack of Subject Matter Jurisdiction . . .* (Doc. #104; filed August 21, 2008), it is hereby

**ORDERED** that the **United States file a response by August 28, 2008** to show any cause why the motion should not be granted. The Court will hear argument on Defendant's *Motion* on **Tuesday, September 2, 2008 at 10:00 a.m.** in Courtroom 4A, Frank M. Johnson, Jr. Federal Building and United States Courthouse Complex, One Church Street, Montgomery, Alabama.

It is further **ORDERED** that the pretrial conference scheduled for Thursday, August 28, 2008 at 11:00 a.m., be **reset for Tuesday, September 2, 2008 at 10:00 a.m.** before the undersigned Magistrate Judge.

Done this 22nd day of August, 2008.

/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE