IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Cr. No. 3:07-CR-256-MHT |
| | ) | |
| HOWARD JAMES SMITH | ) | |

RESPONSE TO MOTION TO DISMISS INDICTMENT

Comes now the United States of America, by and through Leura G. Canary, United States Attorney for the Middle District of Alabama, and respectfully responds to defendant's Motion to Dismiss Indictment, and offers the following:

**Background**

1. On or about October 22, 2007, a Federal Grand Jury indicted the defendant in a one-count indictment, charging that on or about November 18, 2005, in Macon County, within the Middle District of Alabama, the defendant did knowingly and intentionally distribute 50 grams or more of a mixture and substance containing a detectable amount of cocaine base or "crack cocaine", a Schedule II Controlled Substance, in violation of Title 21, USC, Section 841(a)(1)

2. On or about March 13, 2008, a Federal Grand Jury indicted the defendant in a five-count superseding indictment, charging that: (count 1) beginning in or about October 2005 and continuing up to approximately January 2007, the exact dates being unknown to the Grand Jury, in Montgomery County and elsewhere, within the Middle District of Alabama, the defendant did knowingly and intentionally conspire, combine and agree together and with others both known and unknown to the Grand Jury to distribute and possess with intent to distribute 500 grams or more of a mixture and substance containing a detectable amount of cocaine hydrochloride, more commonly

referred to as "powder cocaine", and 5 grams or more of a mixture or substance containing a detectable amount of cocaine base, more commonly known as crack cocaine, both Schedule II Controlled Substances, in violation of Title 21, United States Code, Section 841(a)(1). All in violation of Title 21, United States Code, Section 846; (count 2) on or about October 26, 2005, in Macon County, within the Middle District of Alabama the defendant aided and abetted by Jermaine Corey Robinson, and others known and unknown to the Grand Jury, did knowingly and intentionally distribute and possess with intent to distribute 5 grams or more of a mixture and substance containing a detectable amount of cocaine base or "crack cocaine", a Schedule II Controlled Substance, all in violation of Title 21, United States Code, Section 841(a)(1), and Title 18, United States Code, Section 2; (count 3) on or about November 18, 2005, in Macon County, within the Middle District of Alabama, the defendant did knowingly and intentionally distribute 50 grams or more of a mixture and substance containing a detectable amount of cocaine base or "crack cocaine", a Schedule II Controlled Substance, in violation of Title 21, USC, Section 841(a)(1); (count 4) in or about January 2007, the exact date being unknown to the Grand Jury, in Montgomery County, Within the Middle District of Alabama, the defendant and Arthur Ray Smith did knowingly and intentionally possess with intent to distribute 500 grams or more of a mixture or substance containing a detectable amount of cocaine hydrochloride or "powder cocaine", a Schedule II Controlled Substance, in violation of Tittle 21, United States Code, Section 841(a)(1) and Title 18, United States Code Section 2; (count 5) in or about January 27, 20075, in Montgomery, Alabama, within the Middle District of Alabama, the defendant did knowingly use and carry, during and in relation to, and possessed a firearm in furtherance of, a drug trafficking crime for which he may be prosecuted in a Court of the United States, to-wit: conspiracy to possess and possession with intent

to distribute 500 grams or more of a mixture or substance containing a detectable amount of cocaine hydrochloride or "powder cocaine" as charged in Counts 1 and 4 of the indictment, in violation of Title 18, USC, Section 924(c)(1)(A)(ii).

**Argument**

3. The Order of Arraignment was docketed on February 14, 2007, and instructed theparties that all pretrial motions under Fed.R.Crim.P. 12(b)...must be filed no later than two days before the first pretrial conference held in the case and that no motion filed after that date would be considered unless filed with leave of court. (Doc.18 at page 2.)

4. The first pretrial conference in this case was held February 29, 2008, before United States Magistrate Judge Terry F. Moorer.

5. The instant motion was filed well after the date set by the Court's Order of Arraignment and, on information and belief, without leave of the Court. The motion is therefore, procedurally barred.

For the reasons stated above, the United States requests that this Honorable Court dismiss the defendant's Motion to Dismiss.

Respectfully submitted this the 22nd day of August, 2008.

    LEURA G. CANARY
    UNITED STATES ATTORNEY

    /s/ Susan R. Redmond
    SUSAN R. REDMOND
    Assistant United States Attorney
    131 Clayton Street
    Montgomery, Alabama 36104
    334.223.7280
    334.223.7135 fax
    susan.redmond@usdoj.gov

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Cr. No. 3:07-CR-256-MHT |
| | ) | |
| HOWARD JAMES SMITH | ) | |

CERTIFICATE OF SERVICE

I hereby certify that on August 22, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Susan G. James and Glennon F. Threatt.

Respectfully submitted,

LEURA G. CANARY
UNITED STATES ATTORNEY

/s/ Susan R. Redmond
SUSAN R. REDMOND
Assistant United States Attorney
131 Clayton Street
Montgomery, Alabama 36104
Telephone: (334) 223-7280
Fax: (334) 223-7135
susan.redmond@usdoj.gov