IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v | ) | CRIMINAL ACTION NO |
| | ) | 3:07CR256-MHT |
| HOWARD JAMES SMITH, et al., | ) | |

**PRETRIAL CONFERENCE ORDER**

A pretrial conference was held on 9/2/2008, before the undersigned Magistrate Judge. Present at this conference were Susan James, counsel for the defendant, and Assistant United States Attorney, Susan Redmond, counsel for the government. As a result of the conference, it is

ORDERED as follows:

1. Jury selection is set for **10/14/2008 in Opelika, AL**. The trial of this case is set for the trial term commencing on **10/14/2008**, before **United States District Judge Myron H. Thompson** and is expected to last 3 days.

2. There is a motion in limine currently pending.

3. Proposed voir dire questions shall be filed on or before **10/7/2008.** Counsel should not include questions seeking information which is provided in the jury questionnaire.

4. All motions in limine shall be filed on or before **10/7/2008** . Motions in limine must be accompanied by a brief. Failure to file a brief will result in denial of the motion.

5. Proposed jury instructions shall be filed on or before **10/7/2008** .

6.  The court will not consider a plea pursuant to Rule 11(c) (1)(A) or (C) unless notice is filed on or before noon on **10/1/2008**.  The government and defendant are informed that if a defendant waits until the last minute to enter a plea, and if that plea, for whatever reason, is not accepted by the court, the defendant and the government will be expected to be prepared to go to trial on **10/14/2008**.  The court will not continue the trial of this case as to any defendant because a defendant's plea was not accepted.  In other words, the defendant and the government should not wait until the last minute for a defendant to enter a guilty plea, and both the defendant and the government should all be ready to go to trial on **10/14/2008**, as to all defendants, even though a particular guilty plea was not accepted by the court.

Done this 3rd day of September, 2008.

/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE