IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v | ) | CRIMINAL ACTION NO. |
| | ) | 3:07CR256-MHT |
| HOWARD JAMES SMITH | ) | |

# **ORDER**

For good cause shown, the court grants the United States until **Thursday, September 4, 2008** to submit additional authorities and argument addressing the theories advanced by Defendant Howard Smith's *Motion to Dismiss Indictment for Lack of Subject Matter Jurisdiction* . . . (Doc. #104; filed August 21, 2008).

Done this 3rd day of September, 2008.

/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE